UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT EDGAR, Individually and On Behalf of All Others Similarly Situated, | § § § | Case No. 4:17-cv-1372 |
| Plaintiff, | § § | **DEMAND FOR JURY TRIAL** |
| v. | § § | |
| ANADARKO PETROLEUM CORPORATION, R.A. WALKER, and ROBERT G. GWIN | § § § § | |
| Defendants. | § | |

**DEFENDANTS' DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and the Court's May 4, 2017 Order for Conference and Disclosure of Interested Parties, Defendants Anadarko Petroleum Corporation ("Anadarko"), R.A. Walker, and Robert G. Gwin provide the following information:

1. Anadarko has no parent entity and no publicly held corporation owns 10% or more of Anadarko's stock.

2. The following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation:

    a. <u>Anadarko</u>;

    b. R.A. Walker;

    c. Robert G. Gwin;

    d. Plaintiff and members of the putative class of holders of Anadarko common stock whom Plaintiff seeks to represent in this litigation; and

    e. Plaintiff's counsel.

Dated:  June 22, 2017                    Respectfully submitted,

                                                               */s/ Noelle M. Reed*
Noelle M. Reed
Fed. Bar No. 27139
Texas Bar No. 24044211
Email: Noelle.Reed@Skadden.com
Skadden, Arps, Slate, Meagher
   & Flom LLP
1000 Louisiana Street, Suite 6800
Houston, Texas  77002
(713) 655-5122 – Telephone
(713) 483-9122 – Facsimile

*Attorney-in-charge for Defendants
Anadarko Petroleum Corporation,
R.A. Walker, and Robert G. Gwin*

*Of Counsel:*

Jay B. Kasner
(*Pro Hac Vice Application Forthcoming*)
Email: Jay.Kasner@Skadden.com
Susan L. Saltzstein
(*Pro Hac Vice Application Forthcoming*)
Email: Susan.Saltzstein@Skadden.com
Skadden, Arps, Slate, Meagher
   & Flom LLP
4 Times Square
New York, New York  10036-6518
(212) 735-3000 – Telephone
(917) 735-2000 – Facsimile

Heather A. Lohman
Fed. Bar No. 28417
Texas Bar No. 24027008
Email: Heather.Lohman@Skadden.com
Skadden, Arps, Slate, Meagher
   & Flom LLP
1000 Louisiana Street, Suite 6800
Houston, Texas  77002
(713) 655-5105 – Telephone
(713) 483-9105 – Facsimile

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel who have registered with this Court.

                                          */s/ Noelle M. Reed*
                                          Noelle M. Reed