United States District Court
Southern District of Texas
**ENTERED**
September 14, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT EDGAR, Individually and on behalf of all others similarly situated, § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 17-1372 |
| § | |
| ANADARKO PETROLEUM CORPORATION, *et al.*, § § § | |
| Defendants. § | |

**AMENDED SCHEDULING ORDER**

The court entered an order on August 1, 2017 requiring the plaintiff to file an amended complaint by September 22, 2017 and setting dates for motions to dismiss. Disruptions from Hurricane Harvey have delayed the parties' work in this case. Based on the parties' stipulation, (Docket Entry No. 30), the court enters the following scheduling order:

The plaintiff's amended complaint is due on October 13, 2017. The defendants will move or otherwise respond to the amended complaint by December 8, 2017. If the defendants move to dismiss the amended complaint, the lead plaintiff will have until February 2, 2018 to file any opposition papers. The defendants may reply no later than February 23, 2018.

SIGNED on September 14, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge