UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Robert Edgar, et al.

v.                                                    Case Number: 4:17–cv–01372

Anadarko Petroleum Corporation, et al.

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/15/2018

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   April 19, 2018

David J. Bradley, Clerk