UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ROBERT EDGAR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANADARKO PETROLEUM CORPORATION, R.A. WALKER, and ROBERT G. GWIN,<br><br>Defendants. | Case No. 4:17-cv-01372 |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on June 19, 2018, the Court granted Defendants' motion to dismiss the Corrected Amended Class Action Complaint without prejudice and with leave to amend by August 3, 2018;

WHEREAS, on August 3, 2018, Lead Plaintiff Iron Workers Benefit and Pension Fund—Iron Workers District Counsel Philadelphia & Vicinity filed its Second Amended Class Action Complaint in which two new Defendants, David McBride and John Christiansen, were added;

WHEREAS, on August 8, 2018, Messrs. McBride and Christiansen accepted service of the Second Amended Class Action Complaint through undersigned counsel;

THE PARTIES HAVE STIPULATED AND AGREED to, and respectfully request that the Court approve, the following schedule:

1. Defendants shall answer, move against, or otherwise respond to the second amended complaint by October 9, 2018;

2.    If Defendants move to dismiss the second amended complaint, Lead Plaintiff shall have sixty (60) days from the filing of such motion in which to file any opposition papers.  If Lead Plaintiff files opposition papers, Defendants shall have thirty (30) days from the filing of Lead Plaintiff's opposition papers in which to file reply papers;

3.    Should any of the dates listed in the above periods fall on a Saturday, Sunday, or legal holiday, the period will continue to run until the end of the next day that is not a Saturday, Sunday, or legal holiday; and

4.    Defendants expressly preserve, and do not waive, any and all rights and defenses, including but not limited to the assertion of jurisdictional defenses, either by motion or otherwise.

**IT IS SO ORDERED:**

Dated: _____          _____
                                  Hon. Lee H. Rosenthal
                                  Chief United States District Judge

**STIPULATED TO AND APPROVED BY:**

| | |
|---|---|
| **THE ROSEN LAW FIRM, P.A.** | **SKADDEN, ARPS, SLATE,** |
| */s/ Laurence Rosen* | **MEAGHER & FLOM LLP** |
| Laurence Rosen | */s/ Noelle M. Reed* |
| *Attorney-in-Charge* | Noelle M. Reed |
| (*Admitted Pro Hac Vice*) | *Attorney-in-Charge* |
| lrosen@rosenlegal.com | Texas Bar No.: 24044211 |
| Phillip Kim | Southern District No.: 27139 |
| (*Admitted Pro Hac Vice*) | noelle.reed@skadden.com |
| pkim@rosenlegal.com | Skadden, Arps, Slate, Meagher & Flom LLP |
| Jonathan Horne | 1000 Louisiana Street, Suite 6800 |
| (*Admitted Pro Hac Vice*) | Houston, Texas  77002 |
| jhorne@rosenlegal.com | Tel:  (713) 655-5122 |
| 275 Madison Avenue, 34th Floor | Fax:  (713) 483-9122 |
| New York, New York  10116 | |
| Tel:  (212) 686-1060 | *Of Counsel:* |
| Fax:  (212) 202-3827 | Jay B. Kasner |
| | (*Admitted Pro Hac Vice*) |
| *Lead Counsel for Lead Plaintiff* | jay.kasner@skadden.com |
| | Susan L. Saltzstein |
| **MOTLEY RICE LLC** | (*Admitted Pro Hac Vice*) |
| Meredith Bracey Weatherby | susan.saltzstein@skadden.com |
| *(Admitted Pro Hac Vice)* | Skadden, Arps, Slate, Meagher & Flom LLP |
| mweatherby@motleyrice.com | 4 Times Square |
| Marlon E. Kimpson | New York, New York  10036 |
| mkimpson@motleyrice.com | Tel:  (212) 735-3000 |
| Joshua C. Littlejohn | Fax:  (917) 735-2000 |
| jlittlejohn@motleyrice.com | |
| 28 Bridgeside Blvd. | *Counsel for Defendants* |
| Mount Pleasant, South Carolina  29464 | |
| Tel:  (843) 216-9000 | |
| Fax:  (843) 216-9450 | |

*Additional Counsel for Lead Plaintiff*

**STECKLER GRESHAM**
    **COCHRAN PLLC**
R. Dean Gresham
Texas Bar No.: 24027215
dean@stecklerlaw.com
Bruce W. Steckler
Texas Bar No.: 00785039
bruce@stecklerlaw.com
L. Kirstine Rogers
Texas Bar No. 24033009
krogers@stecklerlaw.com
12720 Hillcrest Road, Suite 1045
Dallas, Texas  75230
Tel:  (972) 387-4040
Fax:  (972) 387-4041

*Liaison Counsel for Lead Plaintiff*              August 10, 2018