Case 4:17-cv-01372 Document 59 Filed in TXSD on 08/13/18 Page 1 of 4

United States District Court
Southern District of Texas
**ENTERED**
August 14, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ROBERT EDGAR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANADARKO PETROLEUM CORPORATION, R.A. WALKER, and ROBERT G. GWIN,<br><br>Defendants. | Case No. 4:17-cv-01372 |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on June 19, 2018, the Court granted Defendants' motion to dismiss the Corrected Amended Class Action Complaint without prejudice and with leave to amend by August 3, 2018;

WHEREAS, on August 3, 2018, Lead Plaintiff Iron Workers Benefit and Pension Fund—Iron Workers District Counsel Philadelphia & Vicinity filed its Second Amended Class Action Complaint in which two new Defendants, David McBride and John Christiansen, were added;

WHEREAS, on August 8, 2018, Messrs. McBride and Christiansen accepted service of the Second Amended Class Action Complaint through undersigned counsel;

THE PARTIES HAVE STIPULATED AND AGREED to, and respectfully request that the Court approve, the following schedule:

1. Defendants shall answer, move against, or otherwise respond to the second amended complaint by October 9, 2018;

2

2. If Defendants move to dismiss the second amended complaint, Lead Plaintiff shall have sixty (60) days from the filing of such motion in which to file any opposition papers. If Lead Plaintiff files opposition papers, Defendants shall have thirty (30) days from the filing of Lead Plaintiff's opposition papers in which to file reply papers;

3. Should any of the dates listed in the above periods fall on a Saturday, Sunday, or legal holiday, the period will continue to run until the end of the next day that is not a Saturday, Sunday, or legal holiday; and

4. Defendants expressly preserve, and do not waive, any and all rights and defenses, including but not limited to the assertion of jurisdictional defenses, either by motion or otherwise.

IT IS SO ORDERED:

Dated: 8/13/2018

_____
Hon. Lee H. Rosenthal
Chief United States District Judge

STIPULATED TO AND APPROVED BY:

THE ROSEN LAW FIRM, P.A.

/s/ Laurence Rosen
Laurence Rosen
*Attorney-in-Charge*
(*Admitted Pro Hac Vice*)
lrosen@rosenlegal.com
Phillip Kim
(*Admitted Pro Hac Vice*)
pkim@rosenlegal.com
Jonathan Horne
(*Admitted Pro Hac Vice*)
jhorne@rosenlegal.com
275 Madison Avenue, 34th Floor
New York, New York 10116
Tel: (212) 686-1060
Fax: (212) 202-3827

*Lead Counsel for Lead Plaintiff*

MOTLEY RICE LLC
Meredith Bracey Weatherby
(*Admitted Pro Hac Vice*)
mweatherby@motleyrice.com
Marlon E. Kimpson
mkimpson@motleyrice.com
Joshua C. Littlejohn
jlittlejohn@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, South Carolina 29464
Tel: (843) 216-9000
Fax: (843) 216-9450

*Additional Counsel for Lead Plaintiff*

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

/s/ Noelle M. Reed
Noelle M. Reed
*Attorney-in-Charge*
Texas Bar No.: 24044211
Southern District No.: 27139
noelle.reed@skadden.com
Skadden, Arps, Slate, Meagher & Flom LLP
1000 Louisiana Street, Suite 6800
Houston, Texas 77002
Tel: (713) 655-5122
Fax: (713) 483-9122

*Of Counsel:*
Jay B. Kasner
(*Admitted Pro Hac Vice*)
jay.kasner@skadden.com
Susan L. Saltzstein
(*Admitted Pro Hac Vice*)
susan.saltzstein@skadden.com
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Tel: (212) 735-3000
Fax: (917) 735-2000

*Counsel for Defendants*

**STECKLER GRESHAM**
   **COCHRAN PLLC**
R. Dean Gresham
Texas Bar No.: 24027215
dean@stecklerlaw.com
Bruce W. Steckler
Texas Bar No.: 00785039
bruce@stecklerlaw.com
L. Kirstine Rogers
Texas Bar No. 24033009
krogers@stecklerlaw.com
12720 Hillcrest Road, Suite 1045
Dallas, Texas  75230
Tel:  (972) 387-4040
Fax:  (972) 387-4041

*Liaison Counsel for Lead Plaintiff*　　　　　　　August 10, 2018