United States District Court
Southern District of Texas
**ENTERED**
October 03, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT EDGAR, Individually and On Behalf of All Others Similarly Situated, § § § | |
| Plaintiff, § § | |
| v. § | Case No. 4:17-CV-1372 |
| § | |
| ANADARKO PETROLEUM CORPORATION, R. A. WALKER, and ROBERT G. GWIN, § § § § | |
| Defendants. § | |

### STIPULATION AND AGREEMENT TO EXTEND THE COURT'S ORDER

WHEREAS, in May 2017, this action was filed against Anadarko Petroleum Corporation and certain of its officers ("Defendants");

WHEREAS, in November 2017, Lead Plaintiff filed its [Corrected] Amended Class Action Complaint for Violation of the Securities Laws (the "Amended Complaint"), which relied on facts disclosed by certain former Anadarko employees and a contractor (the "Unnamed Witnesses");

WHEREAS, at a hearing on December 18, 2017, the Court ordered Lead Plaintiff to disclose to Defendants the names of the Unnamed Witnesses without attorneys' eyes only restriction provided that (i) if any Unnamed Witness requests a job reference or similar recommendation from Anadarko, information about the Unnamed Witness's role in this lawsuit must be kept from the person at Anadarko receiving the request and the person who receives the reference or recommendation; (ii) information about Unnamed Witness's role in the lawsuit must be kept from those at Anadarko who receive and act on applications for employment with

Anadarko or who receive and act on requests for business from Anadarko, such as a potential contractor or vendor;

WHEREAS, on August 3, 2018, Lead Plaintiff filed its Second Amended Class Action Complaint for Violation of the Securities Laws (the "Second Amended Complaint"), which also relies upon allegations by additional unnamed former Anadarko employees and contractors (the "New Unnamed Witnesses");

WHEREAS, Defendants requested the names of the New Unnamed Witnesses referenced in the Second Amended Complaint;

WHEREAS, counsel for Lead Plaintiff requested that disclosure of the names of the New Unnamed Witnesses referenced in the Second Amended Complaint should be subject to the same conditions as the Court imposed on disclosure of the Unnamed Witnesses in the Amended Complaint;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Lead Plaintiff and Defendants, through their undersigned attorneys, that:

1. Lead Plaintiff shall provide to Defendants the names of the New Unnamed Witnesses within 48 hours of the signing of this Order.

2. If any New Unnamed Witness requests a job reference or similar recommendation from Anadarko, then information about the New Unnamed Witness's role in this lawsuit must be kept from the person at Anadarko receiving the request and the person who receives the reference or recommendation;

3. Information about the New Unnamed Witness's role in the lawsuit must be kept from those at Anadarko who receive and act on applications for employment with Anadarko or who receive and act on requests for business from Anadarko, such as a potential contractor or vendor.

IT IS SO ORDERED:

Dated: Oct. 3, 2018

Hon. Lee H. Rosenthal
Chief United States District Judge

STIPULATED TO AND APPROVED BY:

September 20, 2018

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen (*admitted pro hac vice*)
Phillip Kim (*admitted pro hac vice*)
Jonathan Horne (*admitted pro hac vice*)
275 Madison Avenue, 34th Floor
New York, New York 10116
Tel: (212) 686-1060
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
jhorne@rosenlegal.com

*Lead Counsel for Plaintiff and the Class*

**MOTLEY RICE LLC**
Marlon E. Kimpson
Joshua C. Littlejohn
28 Bridgeside Blvd.
Mount Pleasant, South Carolina 29464
Tel.: (843) 216-9000
Fax: (843) 216-9450
mkimpson@motleyrice.com
jlittlejohn@motleyrice.com

*Additional Counsel for Plaintiff and the Class*

**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**

/s/ Noelle M. Reed
Noelle M. Reed
    Texas Bar No.: 24044211
    Southern District No.: 27139
1000 Louisiana Street, Suite 6800
Houston, Texas 77002
Tel: (713) 655-5122
Fax: (713) 483-9122
noelle.reed@skadden.com

Jay B. Kasner (*admitted pro hac vice*)
Susan L. Saltzstein (*admitted pro hac vice*)
4 Times Square
New York, New York 10036
Tel: (212) 735-3000
Fax: (917) 735-2000
jay.kasner@skadden.com
susan.saltzstein@skadden.com

*Counsel for Defendants*

3

**STECKLER GRESHAM COCKRAN PLLC**
R. Dean Gresham
    Texas Bar No.: 24027215
Bruce W. Steckler
    Texas Bar No.: 00785039
L. Kirstine Rogers
    Texas Bar No.: 24033009
12720 Hillcrest Road, Suite 1045
Dallas, Texas 75230
Tel: (972) 387-4040
Fax: (972) 387-4041
dean@stecklerlaw.com
bruce@stecklerlaw.com

*Liaison Counsel for Plaintiff and the Class*