United States District Court
Southern District of Texas
**ENTERED**
October 10, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT EDGAR, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:17-CV-1372 |
| ANADARKO PETROLEUM CORPORATION, R. A. WALKER, and ROBERT G. GWIN, | § § § § § | |
| Defendants. | § | |

## ORDER

THIS CAUSE having come before the Court upon Defendants' Unopposed Motion for Extension of Time to File Responsive Pleading and the Court having reviewed the motion, it is hereby:

**ORDERED** that the foregoing motion is **GRANTED**. Defendants have until **October 12, 2018** to respond to Plaintiff's Second Amended Complaint.

**DONE AND ORDERED** in Chambers in Houston, Texas, on October __9__, 2018.

_____
United States District Court Judge
Lee Rosenthal

Copies to counsel of record.