United States District Court
Southern District of Texas
**ENTERED**
October 17, 2018
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT EDGAR, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 4:17-CV-1372 |
| ANADARKO PETROLEUM CORPORATION, R. A. WALKER, and ROBERT G. GWIN, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the Unopposed Motion for Leave to Exceed Page Limits filed by Defendants Anadarko Petroleum Corporation, R. A. Walker, and John M. Christiansen ("Defendants"). Having considered the Motion and the record before the Court, and for sufficient cause shown, the Court has concluded that the Motion should be and is GRANTED.

It is ORDERED that Defendants' Motion to Dismiss shall not exceed 35 pages, exclusive of tables of contents and authorities and service pages.

Dated: _October 16, 2018_ .

_____
Honorable Lee H. Rosenthal
Chief United States District Judge