UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Robert Edgar, et al.

v.                                                      Case Number: 4:17−cv−01372

Anadarko Petroleum Corporation, et al.

---

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**   Courtroom 11B
            United States District Court
            515 Rusk Avenue
            Houston, Texas 77002

**DATE:** 3/1/2019

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Dismiss – #65
Motion to Dismiss for Failure to State a Claim – #66

Date:   February 13, 2019

David J. Bradley, Clerk
