United States District Court
Southern District of Texas
**ENTERED**
March 13, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT EDGAR, individually and on behalf of all others similarly situated, § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. H-17-1372 |
| § § | |
| ANADARKO PETROLEUM CORPORATION, *et al.*, § § § | |
| Defendants. § | |

## ORDER OF DISMISSAL

For the reasons stated in the court's Memorandum and Opinion of this date, the plaintiff's second amended complaint is dismissed, with prejudice and without leave to amend.

SIGNED on March 13, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge