# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 24, 2019

United States Courts  
Southern District of Texas  
FILED  
*July 24, 2019*  
David J. Bradley, Clerk of Court

Mr. Robert Kelsey Kry  
Molo Lamken, L.L.P.  
600 New Hampshire Avenue, N.W.  
Suite 660  
Washington, DC 20037

No. 19-20244    Robert Edgar v. Anadarko Petroleum  
                Corporation, et al  
                USDC No. 4:17-CV-1372

Dear Mr. Kry,

Attached is a revised case caption, which should be used on all future filings in this case. The word Counsel was corrected to Council in the appellants name.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Casey A. Sullivan, Deputy Clerk  
504-310-7642

cc:  
    Mr. David J. Bradley  
    Ms. Jennifer Melien Brooks Crozier  
    Mr. Ronald Dean Gresham  
    Mr. Thomas Ray Guy  
    Mr. Jay B. Kasner  
    Mr. Phillip Kim  
    Mr. Marlon E. Kimpson  
    Mr. Joshua C. Littlejohn  
    Mr. Steven Francis Molo  
    Ms. Michelle Joyce Parthum  
    Ms. Shelby Taylor Perry  
    Ms. Noelle M. Reed  
    Ms. Laura Kirstine Rogers  
    Mr. Laurence Rosen  
    Ms. Susan Saltzstein  
    Mr. Bruce W. Steckler

Case No. 19-20244

IRON WORKERS BENEFIT AND PENSION FUND – IRON WORKERS DISTRICT COUNCIL PHILADELPHIA & VICINITY, individually and on behalf of all other persons similarly situated,

        Plaintiff – Appellant

v.

ANADARKO PETROLEUM CORPORATION; R. A. WALKER; DAVID J. MCBRIDE; JOHN M. CHRISTIANSEN,

        Defendants – Appellees