# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Courts
Southern District of Texas
**FILED**
*January 07, 2020*

David J. Bradley, Clerk of Court

No. 19-20244
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
December 16, 2019
Lyle W. Cayce
Clerk

D.C. Docket No. 4:17-CV-1372

IRON WORKERS BENEFIT AND PENSION FUND - IRON WORKERS DISTRICT COUNCIL PHILADELPHIA & VICINITY, individually and on behalf of all other persons similarly situated,

    Plaintiff - Appellant

v.

ANADARKO PETROLEUM CORPORATION; R. A. WALKER; DAVID J. MCBRIDE; JOHN M. CHRISTIANSEN,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas

Before CLEMENT, ELROD, and OLDHAM, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on Jan 07, 2020

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

January 07, 2020

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 19-20244   Robert Edgar v. Anadarko Petroleum Corporation, et al  
                         USDC No. 4:17-CV-1372

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____  
                                Angelique B. Tardie, Deputy Clerk  
                                504-310-7715

cc w/encl:  
    Ms. Jennifer Melien Brooks Crozier  
    Ms. Jennifer Elizabeth Fischell  
    Mr. Paul Richard Genender  
    Mr. Ronald Dean Gresham  
    Mr. T. Ray Guy  
    Mr. Robert Kelsey Kry  
    Mr. Steven Francis Molo  
    Ms. Michelle Joyce Parthum  
    Mr. Gerard Pecht  
    Ms. Shelby Taylor Perry  
    Ms. Laura Kirstine Rogers  
    Mr. Laurence Rosen  
    Mr. Bruce W. Steckler  
    Mr. Peter Andrew Stokes  
    Mr. Nathaniel David White